[NOT FOR PUBLICATION - NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

Nos. 01-2675
     02-1051

UNITED STATES OF AMERICA,

Appellee,

v.

GREGORY A. JACKSON
and
KEVIN E. WOODWARD,

Defendants, Appellants.

---

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]

---

Before

Torruella, Circuit Judge,

Greenberg,[*] Senior Circuit Judge,

and Howard, Circuit Judge.

---

E. James Burke, for appellants.
     Margaret D. McGaughey, Appellate Chief, with whom Paula D. Silsby, United States Attorney, were on brief, for appellee.

---

August 26, 2002

---

[*] Of the Third Circuit, sitting by designation.

**Per Curiam**.  In this consolidated appeal, appellants Gregory Jackson and Kevin Woodward challenge the district court's denial of their motion to suppress evidence.  See United States v. Woodward,  173 F. Supp. 2d 64 (D. Me. 2001).  We have repeatedly held that when a district court "produces a comprehensive, well-reasoned decision, an appellate court should refrain from writing at length to no other end than to hear its own words resonate." Lawton v. State Mut. Life Assurance Co., 101 F.3d 218, 220 (1st Cir. 1996).  Upon reviewing the record, the parties' arguments, and the relevant caselaw, we find that the district court has properly adjudicated this matter.  Rather than engaging in an act of pure redundancy, we affirm the district court's ruling on the basis of the reasons set forth in its decision.

**Affirmed**.